IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VU NGUYEN,

    Plaintiff,                                        No. CIV S-06-1579 FCD KJM PS

    vs.

UNIVERSITY OF CALIFORNIA, DAVIS, et al.,

    Defendants.                                   ORDER

_____/

        Plaintiff has submitted USM-285 forms for service on defendants.  The information provided in the forms regarding the address at which to serve the individual defendants is insufficient for service of process under Federal Rule of Civil Procedure 4.

        Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit one completed USM-285 form for each defendant named in the complaint with sufficient information so as to effect appropriate service of summons.  Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED:  November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

006
nguyen.usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VU NGUYEN,

      Plaintiff,

  vs.                                                          CIV S-06-1579 FCD KJM PS

UNIVERSITY OF CALIFORNIA, DAVIS, et al.,

      Defendants.                           NOTICE OF SUBMISSION

                                                            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

              _____ completed USM-285 forms

DATED:

                                                            _____
                                                           Plaintiff